# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ANGEL MOYA-CABRERA,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN OF THE CALIFORNIA CITY<br>CORRECTIONAL CENTER, et al.,<br><br>    Respondents. | Case No.  2:26-cv-00782-KES-SKO (HC)<br><br>ORDER APPOINTING COUNSEL FOR<br>PETITIONER<br><br>ORDER DIRECTING CLERK OF COURT<br>TO SERVE ORDER ON FEDERAL<br>DEFENDER |

Petitioner is an immigration detainee proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require."  See Rule 8(c), Rules Governing Section 2254 Cases.  In the present case, the Court finds that the interests of justice require the appointment of counsel at the present time given the complexity of the legal issues involved.

Accordingly, the Court HEREBY ORDERS:

1.  Counsel is APPOINTED for Petitioner.

2.  Within seven (7) days of the date of service of this order, the Federal Defender, as appointing authority for the Eastern District of California, SHALL identify counsel and send counsel's contact information to undersigned's courtroom deputy Wendy

1

Kusamura at wkusamura@caed.uscourts.gov.

3.  If counsel is not a member of the Eastern District of California Criminal Justice Act ("CJA") Panel, the Court hereby authorizes them to serve as Pro Hac Vice CJA counsel for Petitioner for the duration of the proceedings in this Court pursuant to Local Rule 180(b)(1). If counsel is not admitted to practice before the Eastern District of California, pursuant to 18 U.S.C. §§ 3005 and 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, the Court hereby authorizes said counsel's Pro Hac Vice admission to practice before this Court for the duration of the proceedings, *nunc pro tunc* to the date the appointing authority first contacted counsel about this appointment.

4.  The Clerk of the Court shall serve a copy of this order on the Federal Defender, Attention: Habeas Appointment at CAE_Appointments_Habeas@fd.org. The Clerk shall also serve a copy of the Petition upon the Federal Defender.

IT IS SO ORDERED.

Dated:   **March 18, 2026**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE