# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ANGEL MOYA-CABRERA,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN OF THE CALIFORNIA CITY CORRECTIONAL CENTER, et al.,<br><br>    Respondents. | Case No. 2:26-cv-00782-KES-SKO (HC)<br><br>ORDER DIRECTING CLERK OF COURT TO UPDATE DOCKET TO REFLECT SHARI G. RUSK AS COUNSEL FOR PETITIONER AND TO SERVE ORDER ON FEDERAL DEFENDER |

Pursuant to the order issued on March 18, 2026, (Doc. 10), the appointing authority for the Eastern District of California has confirmed that attorney Shari G. Rusk has been appointed as counsel for Petitioner, effective as of March 26, 2026.

Accordingly, the Court HEREBY ORDERS that:

1. The Clerk of Court SHALL update the docket to reflect Attorney Shari G. Rusk, Law Office of Shari Rusk, 916 2nd Ave., Suite F, Sacramento, CA 95814, (916) 804-8656, rusklaw@att.net, as counsel for Petitioner in this matter.

2. The Clerk of Court is DIRECTED to serve a copy of this order and the petition on the Federal Defender, Attention: Habeas Appointment.

IT IS SO ORDERED.

1

Dated:   **March 26, 2026**                   /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE