UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ANGEL MOYA-CABRERA, (A-Number 221-492-229),

Petitioner,

v.

WARDEN, CALIFORNIA CITY CORRECTIONAL FACILITY, et al.,

Respondents.

No. 2:26-cv-00782-KES-EGC (HC)

**ORDER DIRECTING JOINT STATUS REPORT AND DEEMING PETITIONER'S MOTION TO HOLD CASE IN ABEYANCE WITHDRAWN**

(Doc. 13)

Petitioner, a native and citizen of the Dominican Republic detained at the California City Correctional Center, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging his continued immigration detention. (Doc. 1). On March 18, 2026, the assigned district judge denied Petitioner's motion for a temporary restraining order and referred the matter to the assigned magistrate judge. (Doc. 9).

On April 21, 2026, Petitioner, through appointed counsel, requested that the Court hold these proceedings in abeyance pending resolution of his criminal case in New Jersey Superior Court. (Doc. 13). Respondents opposed. (Doc. 14). On April 26, 2026, Petitioner withdrew the abeyance request and instead sought immediate release. (Doc. 15). Accordingly, Petitioner's request to hold proceedings in abeyance, (Doc. 13), is deemed **WITHDRAWN**.

The parties' filings indicate that a post-indictment arraignment in Petitioner's New Jersey

criminal case, *State v. Moya-Cabrera*, Patterson County docket no. S-2025-000847-1602, was scheduled for May 11, 2026. (Doc. 14 at 1; Doc. 14-1). The record before the Court does not reflect what occurred at that proceeding or the current posture of the New Jersey case. Because the status of the New Jersey charges bears directly on the statutory basis asserted for Petitioner's detention, *see* 8 U.S.C. § 1226(c)(1)(E), an updated record is necessary before the Court addresses the pending petition and Petitioner's requests for release. (*See* Docs. 15, 18).

Accordingly, IT IS HEREBY ORDERED:

1. Petitioner's request to hold proceedings in abeyance (Doc. 13) is deemed **WITHDRAWN**;
2. Within fourteen (14) days of the date of this order, the parties shall file a joint status report addressing:
    a. the outcome of the May 11, 2026 post-indictment arraignment and any subsequent proceedings in the New Jersey criminal case;
    b. the current posture of that case, including any scheduled hearing or trial dates and any disposition or plea negotiations that may be disclosed;
    c. Petitioner's current custody status and location; and,
    d. the parties' respective positions on whether further briefing is necessary before the Court rules on the pending petition, and if so, a proposed briefing schedule.

IT IS SO ORDERED.

Dated: **July 10, 2026**

Erin Sny Castillo

UNITED STATES MAGISTRATE JUDGE